NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MOBILE SCANNING TECHNOLOGIES, LLC,**
*Appellant*

**v.**

**MOTOROLA SOLUTIONS, INC.,**
*Appellee*

---

2014-1720

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board, in No. IPR2013-00093.

---

**JUDGMENT**

---

CHARLES JOHN ROGERS, Conley Rose, P.C., Houston, TX, argued for appellant.

MITCHELL S. FELLER, Gottlieb Rackman & Reisman, P.C., New York, NY, argued for appellee.

NATHAN K. KELLEY, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, for intervenor Michelle K. Lee. Also represented by JEREMIAH HELM, MOLLY R. SILFEN, THOMAS W. KRAUSE.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (WALLACH, MAYER, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


April 13, 2015                         /s/ Daniel E. O'Toole
    Date                         Daniel E. O'Toole
                               Clerk of Court